# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PAPAPIETRO, | : | Civil No. 3:22-CV-01624 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
### March 28, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that defendants' motions to dismiss (*docs. 15, 22, 39, 48, 65*) are **GRANTED** to the extent that the complaint is dismissed for failure to state a claim upon which relief can be granted.  **IT IS FURTHER ORDRED** that Papapietro may file an amended complaint within 28 days of the date of this Order but only as to a RESPA claim against Bank of New York Mellon based on the assignment of the Mortgage to U.S. Bank.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge