UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PAPAPIETRO, | : | 3:22-CV-01624 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
November 13, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that this case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). **IT IS FURTHER ORDERED** that the defendant's pending motion to dismiss (*doc. 81*) is **DISMISSED** as moot.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge