# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY PAPAPIETRO, | : Civil No. 3:22-CV-01624 |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| THE BANK OF NEW YORK MELLON, *et al.*, | : |
| Defendants. | : |

## ORDER
August 18, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Papapietro's motion to reopen (*doc. 90*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge